United States District Court for the Middle District of Pennsylvania

James E. Shelton

CASE NO. 1:24-CV-01529-JPW

vs.

**AFFIDAVIT OF SERVICE**

**Secure One Capital Corporation**
_____/

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **2:10 PM** on **09/12/2024**, I served **Secure One Capital Corporation** at **Paracorp Incorporated, 600 North 2nd Street, Suite 401, Harrisburg, PA 17101** in the manner described below:

- ☐ Subject personally served.
- ☐ Adult family member with whom said Subject resides. Relationship is _____.
- ☐ Adult in charge of Subject's residence who refused to give name and/or relationship.
- ☐ Manager/Clerk of place of lodging in which Subject resides.
- ☐ Agent or person in charge of Subject's office or usual place of business.
- ☑ **Stefoni Murphy,** who is the **Intake Specialist** of said entity.
- ☐ Other:

a true and correct copy of **Summons in a Civil Action; Complaint and Demand for Jury Trial; Civil Cover Sheet** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **30** Hair: **Black** Height: **5ft 07in** Weight: **140 lbs**

Sworn to and subscribed before me this
16th day of September, 2024.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2025
Commission number 1248992

X _____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: -  Our File#: **86738**

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

