### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly Situated, </br></br>*Plaintiff*, </br></br> v. </br></br> SECURE ONE CORPORATION, </br></br> *Defendant*. | Case No. 1:24-cv-01529 |

### Notice to the Court

The plaintiff files this Notice to the Court to inform the Court that both parties have consented to a twenty-one (21) day extension of time for the Defendant to file an answer. The parties are in the process of discussing settlement and are hopeful that the matter can be resolved. The complaint was served upon the Defendant on September 12, 2024 and the answer deadline is today, October 3, 2024. The parties are in agreement that the Defendant will file a dispositive response by October 24, 2024, in the event that the matter has not been settled.

Dated: October 3, 2024        PLAINTIFF,

By:

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar No. 333687
Perrong Law, LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
Telephone: (215) 225-5529
Facsimile: (888) 329-0305
a@perronglaw.com

*/s/ Anthony I. Paronich*
Anthony I. Paronich, BBO No. 678437
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich