# Judge Wilson's 2025–27 Case Management Calendar

| Trial list: | Discovery dispute deadline: | Status conference: | Fact discovery deadline: | Dispositive motions and suporting briefs: | Affirmative expert reports: | Responsive expert reports: | Supplemental expert reports: | Expert discovery deadline: | Motions in limine and supporting briefs: | Pretrial Memoranda, proposed voir dire, and jury instructions: | Jury selection and trial: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-25 | 5/17/2024 | 5/22/2024 | 6/28/2024 | 7/31/2024 | 7/31/2024 | 9/6/2024 | 9/20/2024 | 10/18/2024 | 11/6/2024 | 12/4/2024 | 1/6/2025 |
| Feb-25 | 6/20/2024 | 6/26/2024 | 7/31/2024 | 8/30/2024 | 8/30/2024 | 10/4/2024 | 10/18/2024 | 11/15/2024 | 12/11/2024 | 1/8/2025 | 2/3/2025 |
| Mar-25 | 7/19/2024 | 7/24/2024 | 8/30/2024 | 9/30/2024 | 9/30/2024 | 11/1/2024 | 11/15/2024 | 12/13/2024 | 1/8/2025 | 2/5/2025 | 3/3/2025 |
| Apr-25 | 8/19/2024 | 8/28/2024 | 9/30/2024 | 10/31/2024 | 10/31/2024 | 12/6/2024 | 12/20/2024 | 1/17/2025 | 2/5/2025 | 3/5/2025 | 4/7/2025 |
| May-25 | 9/19/2024 | 9/25/2024 | 10/31/2024 | 11/29/2024 | 11/29/2024 | 1/3/2025 | 1/17/2025 | 2/14/2025 | 3/5/2025 | 4/2/2025 | 5/5/2025 |
| Jun-25 | 10/18/2024 | 10/23/2024 | 11/29/2024 | 12/31/2024 | 12/31/2024 | 2/7/2025 | 2/21/2025 | 3/21/2025 | 4/9/2025 | 5/7/2025 | 6/2/2025 |
| Jul-25 | 11/19/2024 | 11/27/2024 | 12/31/2024 | 1/31/2025 | 1/31/2025 | 3/7/2025 | 3/21/2025 | 4/18/2025 | 5/7/2025 | 6/4/2025 | 7/7/2025 |
| Aug-25 | 12/20/2024 | 12/18/2024 | 1/31/2025 | 2/28/2025 | 2/28/2025 | 4/4/2025 | 4/18/2025 | 5/16/2025 | 6/4/2025 | 7/2/2025 | 8/4/2025 |
| Sep-25 | 1/17/2025 | 1/22/2025 | 2/28/2025 | 3/31/2025 | 3/31/2025 | 5/2/2025 | 5/16/2025 | 6/13/2025 | 7/9/2025 | 8/6/2025 | 9/8/2025 |
| Oct-25 | 2/18/2025 | 2/26/2025 | 3/31/2025 | 4/30/2025 | 4/30/2025 | 6/6/2025 | 6/20/2025 | 7/18/2025 | 8/6/2025 | 9/3/2025 | 10/6/2025 |
| Nov-25 | 3/19/2025 | 3/26/2025 | 4/30/2025 | 5/30/2025 | 5/30/2025 | 7/3/2025 | 7/18/2025 | 8/15/2025 | 9/3/2025 | 10/1/2025 | 11/3/2025 |
| Dec-25 | 4/18/2025 | 4/23/2025 | 5/30/2025 | 6/30/2025 | 6/30/2025 | 8/1/2025 | 8/15/2025 | 9/12/2025 | 10/8/2025 | 11/5/2025 | 12/1/2025 |
| Jan-26 | 5/19/2025 | 5/28/2025 | 6/30/2025 | 7/31/2025 | 7/31/2025 | 9/5/2025 | 9/19/2025 | 10/17/2025 | 11/5/2025 | 12/3/2025 | 1/5/2026 |
| Feb-26 | 6/20/2025 | 6/25/2025 | 7/31/2025 | 8/29/2025 | 8/29/2025 | 10/3/2025 | 10/17/2025 | 11/14/2025 | 12/10/2025 | 1/7/2026 | 2/2/2026 |
| Mar-26 | 7/18/2025 | 7/23/2025 | 8/29/2025 | 9/30/2025 | 9/30/2025 | 11/7/2025 | 11/21/2025 | 12/19/2025 | 1/7/2026 | 2/4/2026 | 3/2/2026 |
| Apr-26 | 8/19/2025 | 8/27/2025 | 9/30/2025 | 10/31/2025 | 10/31/2025 | 12/5/2025 | 12/19/2025 | 1/16/2026 | 2/4/2026 | 3/4/2026 | 4/6/2026 |
| May-26 | 9/19/2025 | 9/24/2025 | 10/31/2025 | 11/28/2025 | 11/28/2025 | 1/2/2026 | 1/16/2026 | 2/13/2026 | 3/4/2026 | 4/1/2026 | 5/4/2026 |
| Jun-26 | 10/17/2025 | 10/22/2025 | 11/28/2025 | 12/31/2025 | 12/31/2025 | 2/6/2026 | 2/20/2026 | 5/20/2026 | 4/8/2026 | 5/6/2026 | 6/1/2026 |
| Jul-26 | 11/19/2025 | 11/26/2025 | 12/31/2025 | 1/30/2026 | 1/30/2026 | 3/6/2026 | 3/20/2026 | 4/17/2026 | 5/6/2026 | 6/3/2026 | 7/6/2026 |
| Aug-26 | 12/19/2025 | 12/24/2025 | 1/30/2026 | 2/27/2026 | 2/27/2026 | 4/3/2026 | 4/17/2026 | 5/15/2026 | 6/3/2026 | 7/1/2026 | 8/3/2026 |
| Sep-26 | 1/16/2026 | 1/28/2026 | 2/27/2026 | 3/31/2026 | 3/31/2026 | 5/1/2026 | 5/15/2026 | 6/12/2026 | 7/8/2026 | 8/5/2026 | 9/14/2026 |
| Oct-26 | 2/17/2026 | 2/25/2026 | 3/31/2026 | 4/30/2026 | 4/30/2026 | 6/5/2026 | 6/22/2026 | 7/10/2026 | 8/5/2026 | 9/2/2026 | 10/5/2026 |
| Nov-26 | 3/19/2026 | 3/25/2026 | 4/30/2026 | 5/29/2026 | 5/29/2026 | 7/2/2026 | 7/17/2026 | 8/14/2026 | 9/9/2026 | 10/7/2026 | 11/2/2026 |
| Dec-26 | 4/17/2026 | 4/22/2026 | 5/29/2026 | 6/30/2026 | 6/30/2026 | 8/7/2026 | 8/21/2026 | 9/18/2026 | 10/7/2026 | 11/4/2026 | 12/7/2026 |
| Jan-27 | 5/19/2026 | 5/27/2026 | 6/30/2026 | 7/31/2026 | 7/31/2026 | 9/4/2026 | 9/18/2026 | 10/16/2026 | 11/4/2026 | 12/2/2026 | 1/4/2027 |
| Feb-27 | 6/18/2026 | 6/24/2026 | 7/31/2026 | 8/31/2026 | 8/31/2026 | 10/2/2026 | 10/16/2026 | 11/13/2026 | 12/9/2026 | 1/6/2027 | 2/1/2027 |
| Mar-27 | 7/20/2026 | 7/22/2026 | 8/31/2026 | 9/30/2026 | 9/30/2026 | 11/6/2026 | 11/20/2026 | 12/18/2026 | 1/6/2027 | 2/3/2027 | 3/1/2027 |
| Apr-27 | 8/19/2026 | 8/26/2026 | 9/30/2026 | 10/30/2026 | 10/30/2026 | 12/4/2026 | 12/18/2026 | 1/15/2027 | 2/3/2027 | 3/3/2027 | 4/5/2027 |
| May-27 | 9/18/2026 | 9/23/2026 | 10/30/2026 | 11/30/2026 | 11/30/2026 | 12/31/2026 | 1/15/2027 | 2/12/2027 | 3/10/2027 | 4/7/2027 | 5/3/2027 |
| Jun-27 | 10/19/2026 | 10/28/2026 | 11/30/2026 | 12/31/2026 | 12/31/2026 | 2/5/2027 | 2/19/2027 | 3/12/2027 | 4/7/2027 | 5/5/2027 | 6/7/2027 |
| Jul-27 | 11/19/2026 | 11/25/2026 | 12/31/2026 | 1/29/2027 | 1/29/2027 | 3/5/2027 | 3/19/2027 | 4/16/2027 | 5/5/2027 | 6/2/2027 | 7/12/2027 |
| Aug-27 | 12/18/2026 | 12/23/2026 | 1/29/2027 | 2/26/2027 | 2/26/2027 | 4/2/2027 | 4/16/2027 | 5/14/2027 | 6/9/2027 | 7/7/2027 | 8/2/2027 |
| Sep-27 | 1/15/2027 | 1/27/2027 | 2/26/2027 | 3/31/2027 | 3/31/2027 | 5/7/2027 | 5/21/2027 | 6/11/2027 | 7/7/2027 | 8/4/2027 | 9/13/2027 |
| Oct-27 | 2/17/2027 | 2/24/2027 | 3/31/2027 | 4/30/2027 | 4/30/2027 | 6/4/2027 | 6/21/2027 | 7/16/2027 | 8/4/2027 | 9/1/2027 | 10/4/2027 |
| Nov-27 | 3/19/2027 | 3/24/2027 | 4/30/2027 | 5/28/2027 | 5/28/2027 | 7/2/2027 | 7/16/2027 | 8/13/2027 | 9/8/2027 | 10/6/2027 | 11/1/2027 |
| Dec-27 | 4/16/2027 | 4/28/2027 | 5/28/2027 | 6/30/2027 | 6/30/2027 | 8/6/2027 | 8/20/2027 | 9/17/2027 | 10/6/2027 | 11/3/2027 | 12/6/2027 |