IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SECURE ONE CORPORATION,<br><br>*Defendant*. | Case No. 1:24-cv-01529 |

## NOTICE OF DISMISSAL

Plaintiff JAMES E. SHELTON, by his undersigned counsel, hereby voluntarily dismisses this action, without prejudice, as to all Defendants, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this February 14, 2025.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: February 14, 2025

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.